UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 03-6104 (JNE/JGL)

TIG INSURANCE CO.,

            Plaintiff,

      v.                            O R D E R

HEALTH RISK MANAGEMENT, INC., et al.,

            Defendants.

It appears that more than 120 days have elapsed since suit was filed and that no appearance has been entered by defendants. The Federal Rules of Civil Procedure and the Local Rules of this District require that an answer or other pleading be filed.

Accordingly, counsel for plaintiff is directed to:

1.     Notify defense counsel immediately that he/she is required to make a motion <u>or</u> submit a stipulation for an extension of time to answer or otherwise plead;

2.     File an application for entry of default unless the required pleading is filed within 10 days; or

3.     Advise the undersigned <u>in writing</u> of any good cause to the contrary.

Failure to comply with this Order within 20 days of the date of this order may result in dismissal of this action for failure to prosecute.

DATED:June 7, 2004               s/Jonathan Lebedoff

                                     _____

                                     JONATHAN LEBEDOFF
                                     Chief U.S. Magistrate Judge