**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

TIG INSURANCE COMPANY,             03CV6104     (JNE/JGL)

        Plaintiff,

v.                                 **ORDER**

HEALTH RISK MANAGEMENT, INC.,
et al,

        Defendant.

---

The above entitled matter is hereby dismissed, without prejudice, for lack of prosecution.

                          s/ Joan N. Ericksen
                          JOAN N. ERICKSEN, Judge
                          United States District Court

Dated: November 15, 2004.